DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALEJANDRO FLORES-SANCHEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1251

_____

September 29, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Michelle Sisco, Judge.

Alejandro Flores-Sanchez, pro se.


PER CURIAM.

     Affirmed.

CASANUEVA, KHOUZAM, and STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.